IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00285-LTB

JEREMY PINSON,

    Plaintiff,

v.

A. BALSICK,
N. LEE,
G. SANDUSKY,
OFFICER SCHMIDT,
D. LAW,
SHEN KUTA,
DAVID BERKEBILE,
OFFICER CERMAK,
SEAN SNIDER, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 1, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 1st day of May, 2014.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/K Lyons
                          Deputy Clerk